| United States Bankruptcy Court<br>Western District of Louisiana | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Regency 14333 Tenant, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Regency Place Nursing and Rehabilitation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-3715755** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14333 Old Hammond Hwy**<br>**Baton Rouge, LA**<br><div align="right">ZIP Code</div>**70816** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**East Baton Rouge** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY**<br><div align="right">ZIP Code</div>**10604** | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☑ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Regency 14333 Tenant, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **New Louisiana Holdings, LLC** | Case Number: **14-50756** | Date Filed: **6/25/14** |
| District: **Western** | Relationship: **Affiliate** | Judge: **Robert Summerhays** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Regency 14333 Tenant, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X**  */s/ Patrick J. Neligan, Jr.*
Signature of Attorney for Debtor(s)

**Patrick J. Neligan, Jr. 14866000**
Printed Name of Attorney for Debtor(s)

**Neligan Foley LLP**
Firm Name

**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**

Address

**214-840-5300  Fax: 214-840-5301**
Telephone Number

July 15, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  */s/ Raymond P. Mulry*
Signature of Authorized Individual

**Raymond P. Mulry**
Printed Name of Authorized Individual

**Designated Officer**
Title of Authorized Individual

July 15, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## WRITTEN CONSENT OF THE
## SOLE MEMBER OF REGENCY 14333 TENANT LLC

The undersigned, being the sole member (the "Member") of Regency 14333 Tenant LLC (the "Company"), a Delaware limited liability company, does hereby consent to, approve and adopt the following resolutions without a meeting, waive the notice period, if any, required by the Limited Liability Company Agreement of the Company and/or applicable law, and agree that the following resolutions shall have the same force and effect as if adopted at a duly convened meeting of the Company:

RESOLVED, that in the judgment of the Member it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that James A. Blalock, III and Raymond P. Mulry (the "Designated Officers") are hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Louisiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer(s) may approve; and be it

FURTHER RESOLVED, that the Designated Officers are appointed hereunder because the Designated Officers through their involvement with the Company as advisors and service providers have knowledge of its operating history and are best suited to represent the interests of the Member in the proceedings that will follow the filing of the Petition; and be it

FURTHER RESOLVED, that the Designated Officers be, and hereby are, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer(s) may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the Designated Officer performing or executing the same shall, with the advice of counsel, approve, the

performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the law firms of Neligan Foley LLP and such local counsel as is approved by the Designated Officer(s), be and hereby are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that each of the Designated Officer(s) be, and each hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer(s) so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, they are hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of July 10, 2014.

<div align="center">

**SOLE MEMBER:**

**Louisiana Central Owner LLC**

By: _Mitchell Starer_____

Mitchell Starer, Authorized Representative

</div>

80127v.1

A Cut Above Law Care
And Maintenance Service LLC
9943 Patio Court
Baton Rouge, LA  70815


AC Towing LLC
American Coachworks
8458 Lockhart Road
Denham Spring, LA  70726


Acadian Ambulance Service
9213 Interline Avenue
Baton Rouge, LA  70809


Accelerated Care Plus Corp.
9855 Double R. Blvd., Suite 100
Reno, NV  89521


Accu-Temp A/C and Refrigeration
6338 Quinn Drive
Baton Rouge, LA  70817


Advanced Office Systems, Inc.
P.O. Box 83457
Baton Rouge, LA  70884


Airgas USA LLC
P.O. Box 532609
Atlanta, GA  30353-2609


Allied Systems, Inc.
11680 South Harrells Ferry
Baton Rouge, LA  70816


American Mobile Medical
174 Grant Road
Opelousas, LA  70570

Arcco Company Services, Inc.
9424 North Interstate Drive
Baton Rouge, LA  70809


Auburn University
282 Thatch Concourse
118 Foy Hall
Auburn University, AL  36849


Auto-Chlor Services, Inc.
Dept. #205
P.O. Box 4869
Houston, TX  77210-4869


Bennice Winding
c/o Moore, Thompson & Lee
6513 Perkins Road
Baton Rouge, LA  70808


BES Industries, Inc.
11512 Lake Mead Avenue, Suite 406
Jacksonville, FL  32256


Briggs
P.O. Box 1355
Des Moines, IA  50305-1355


Brisk Coffee
402 N. 22nd Street
Tampa, FL  33605


Campos Medical Pharmacy/Omnicare
600 Distributors Row, Ste. A & B
Jefferson, LA  70123

Canon Solutions America, Inc.
15004 Collections Center Drive
Chicago, IL 60693


Chandlers Parts & Service, Inc.
11656 Darryl Drive
Baton Rouge, LA 70815-2190


CHG Legacy Group and Affiliates
4 West Red Oak Lane, Suite 201
White Plains, NY 10604


City of Baton Rouge Parish
East Baton Rouge
P.O. Box 2590
Baton Rouge, LA 70821-2590


Commercial Coin & Laundry Equipment Company
P.O. Box 2590
Baton Rouge, LA 70821-2590


Community Coffee Company, LLC
P.O. Box 60141
New Orleans, LA 70160


Corwin Design & Graphics Corp.
1309 East 6th Avenue
Tampa, FL 33605


Cox Communications
P.O. Box 9001079
Louisville, KY 40290-1079


Department of Health & Hospitals
P.O. Box 3767
Baton Rouge, LA 70821-3767

DHH
Permit Unit
P.O. Box 4489
Baton Rouge, LA 70821-4489


Direct Supply Healthcare Equipment
Box 88201
Milwaukee, WI 53288-0201


Dynasplint Systems, Inc.
3770 Ritchie Highway, Suite W21
Severna Park, MD 21146


East Baton Rouge Parish Tax Assessor
222 St. Louis Street, Room 126
Baton Rouge, LA 70802


EF Research LLC
P.O. Box 77159
Baton Rouge, LA 70879


Ernestine Middleton
c/o Bradford Walker
The Walker Law Firm
3939 N. Causeway Blvd., Ste 200
Metairie, LA 70002


Federal Compliance Publications
1835 E. Hallandale Beach Blvd.
Hallandale, FL 33009


Fire Tech
P.O. Box 513
Port Allen, LA 70767


Firequest Fire Alarm Service
12097 Old Hammond Hwy., Suite F-1
Baton Rouge, LA 70816

First Parish Transportation
d/b/a Yellow Cab of Baton Rouge
6057 Pino Street
Baton Rouge, LA  70806-1222


Griffin Industries, Inc.
P.O. Box 530401
Atlanta, GA  30353


Halcyon Rehabilitation
4 West Red Oak Lane, Suite 201
White Plains, NY  10604


Healthcare Services Group, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA  19020


Himmels Hardware & Cabinets
P.O. Box 960
Prairieville, LA  70769


Home Depot
Home Depot Credit Services
P.O. Box 9055
Des Moines, IA  50368


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19191-7346


Internal Revenue Service
4021-A Ambassador Caffery Parkway
Lafayette, LA  70503

Iron Mountain
P.O. Box 27128
New York, NY  10087-7128


Jacqueline Nettles
c/o Cardone Law Firm
829 Baronne Street
New Orleans, LA  70113


Jim Welsh, Inc.
3135 Shadow Lake Drive
Baton Rouge, LA  70816


Joerns Healthcare Inc.
P.O. Box 933733
Atlanta, GA  31193


Karl Koch
121 Watts Street, Suite F
Jonesboro, LA  71251


KCI USA Inc.
P.O. Box 301557
Dallas, TX  75303-1557


Kennys Accessible Vans LLC
P.O. Box 842004
Dallas, TX  75284-2004


LA Dept. of Health and Hospitals
P.O. Box 845748
Boston, MA  02284-5748


Louisiana Nursing Home Association
7844 Office Park Blvd.
Baton Rouge, LA  70809

Magnolia Respiratory & Medical Equipment
235 Florida Ave., SE
Denham Springs, LA  70726


Maintenance Warehouse
P.O. Box 509058
San Diego, CA  92150-9058


MED Pass Inc.
10800 Industry Lane
Miamisburg, OH  45342


Medline Industries
P.O. Box 382075
Pittsburgh, PA  15251-8075


National Datacare Corporation
P.O. Box 222430
Chantilly, VA  20153-2430


OCE Imagistics Inc.
P.O. Box 856193
Louisville, KY  40285-6193


Omnicare
340 South Cleveland Avenue
Building 370 OH1-0471
Westerville, OH  43081


Our Lady of Wisdom
5600 General De Gaulle Drive
New Orleans, LA  70131


Palm Gardens of Gainesville
227 S.W. 62nd Blvd.
Gainesville, FL  32607

Personnel Concepts Limited Inc.
P.O. Box 9003
San Dimas, CA  91773-9998


Project Resource Solutions
5425 Brittany Drive, Suite C
Baton Rouge, LA  70808


Purchase Power
P.O. Box 371874
Pittsburgh, PA  15250-7874


Recognition Works
8790-D Plata Lane
Atascardero, CA  93422


Red Stick Orthopedics & Prosthetics LLC
7754 Florida Blvd.
Baton Rouge, LA  70806


Regional Medical Rental & Sales
3003 North MacArthur Drive
Alexandria, LA  71303


Reliant Transportation Group Inc.
728 North Blvd.
Baton Rouge, LA  70802


Rodney and Friends
59038 Amber Street
Slidell, LA  70461-5334


Roto-Rooter Services Co.
5672 Collection Center Drive
Chicago, IL  60693

Saams Water Laboratory
6031 Fieldstone Avenue
Baton Rouge, LA 70808


Sammons Preston
P.O. Box 93040
Chicago, IL 60673-3040


Society for Healthcare Strategy
And Market Development
P.O. Box 75315
Chicago, IL 60675-5315


Specialized Medical Services LLC
P.O. Box 75315
Chicago, IL 60675-5315


Stericycle, Inc.
P.O. Box 6575
Carol Stream, IL 60197-6575


Storm Medical Equipment
2535 Bert Kouns, Suite 211
Shreveport, LA 71118


Sun Office Products
7347 S. Revere Pkwy, Bldg. B-200
Centennial, CO 80112


The Gallery Collection
7373 Perkins Road
Baton Rouge, LA 70808


The Neurmedical Center
P.O. Box 98509
Baton Rouge, LA 70884

The Sherwin-Williams Company
11053 Alpharetta Highway A
Roswell, GA  30076


The Vascular Lab LLC
5425 Brittany Drive, Suite B
Baton Rouge, LA  70808


Total Compliance Network, Inc.
5440 NW 33rd Avenue, Suite 106
Fort Lauderdale, FL  33309


U.S. Foodservice
3682 Collection Center Drive
Chicago, IL  60693-0036


Vascular Associates Laboratory Inc.
8595 Pichardy Ave., Suite 320
Baton Rouge, LA  70809


Wells Fargo Bank NA
2010 Corporate Ridge, Suite 1000
McLean, VA  22102