B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Regency 14333 Tenant, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alpha One Imaging, LLC<br>16511 Highland Club Avenue<br>Baton Rouge, LA 70817 | Alpha One Imaging, LLC<br>16511 Highland Club Avenue<br>Baton Rouge, LA 70817 | Trade | | 6,250.00 |
| American Mobile Medical<br>174 Grant Road<br>Opelousas, LA 70570 | American Mobile Medical<br>174 Grant Road<br>Opelousas, LA 70570 | Trade | | 16,437.13 |
| Campos Medical Pharmacy/Omnicare<br>660 Distributors Row<br>Suites A & B<br>Jefferson, LA 70123 | Campos Medical Pharmacy/Omnicare<br>660 Distributors Row<br>Suites A & B<br>Jefferson, LA 70123 | Trade | | 99,593.15 |
| Direct Supply Healthcare Equip.<br>Box 88201<br>Milwaukee, WI 53288-0201 | Direct Supply Healthcare Equip.<br>Box 88201<br>Milwaukee, WI 53288-0201 | Trade | | 41,707.74 |
| Dr. Venkat Banda<br>P.O. Box 66768<br>Baton Rouge, LA 70896 | Dr. Venkat Banda<br>P.O. Box 66768<br>Baton Rouge, LA 70896 | Trade | | 7,200.00 |
| First Parish Transportation d/b/a Yellow Cab of Baton Rouge<br>6057 Pino Street<br>Baton Rouge, LA 70806-1222 | First Parish Transportation d/b/a Yellow Cab of Baton Rouge<br>6057 Pino Street<br>Baton Rouge, LA 70806-1222 | Trade | | 20,693.50 |
| Healthcare Services Group, Inc.<br>3220 Tillman Drive, Suite 300<br>Bensalem, PA 19020 | Healthcare Services Group, Inc.<br>3220 Tillman Drive, Suite 300<br>Bensalem, PA 19020 | Trade | | 111,179.58 |
| James A. Raliff M.D. LLC<br>3135 Shadow Lake Drive<br>Baton Rouge, LA 70816 | James A. Raliff M.D. LLC<br>3135 Shadow Lake Drive<br>Baton Rouge, LA 70816 | Trade | | 8,800.00 |
| Joerns Healthcare Inc.<br>P.O. Box 933733<br>Atlanta, GA 31193 | Joerns Healthcare Inc.<br>P.O. Box 933733<br>Atlanta, GA 31193 | Trade | | 38,105.74 |
| Karl Koch<br>121 Watts Street, Suite F<br>Jonesboro, LA 71251 | Karl Koch<br>121 Watts Street, Suite F<br>Jonesboro, LA 71251 | Trade | | 17,841.27 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LA Dept. of Health and Hospitals<br>P.O. Box 845748<br>Boston, MA 02284-5748 | LA Dept. of Health and Hospitals<br>P.O. Box 845748<br>Boston, MA 02284-5748 | Trade | | 5,200.00 |
| Louisiana Nursing Home Assoc.<br>7844 Office Park Boulevard<br>Baton Rouge, LA 70809 | Louisiana Nursing Home Assoc.<br>7844 Office Park Boulevard<br>Baton Rouge, LA 70809 | Trade | | 7,482.00 |
| Maintenance Warehouse<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | Maintenance Warehouse<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | Trade | | 6,888.77 |
| Malone Roofing Services LLC<br>3012 Armand Street<br>Monroe, LA 71211-4270 | Malone Roofing Services LLC<br>3012 Armand Street<br>Monroe, LA 71211-4270 | Trade | | 12,100.00 |
| Medline Industries<br>P.O. Box 382075<br>Pittsburgh, PA 15251-8075 | Medline Industries<br>P.O. Box 382075<br>Pittsburgh, PA 15251-8075 | Trade | | 235,685.21 |
| Omnicare<br>340 South Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | Omnicare<br>340 South Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | Trade | | 546,957.10 |
| Our Lady Of The Lake Laboratory<br>Attn: Lake Laboratory Manager<br>5000 Hennessy Blvd.<br>Baton Rouge, LA 70808 | Our Lady Of The Lake Laboratory<br>Attn: Lake Laboratory Manager<br>5000 Hennessy Blvd.<br>Baton Rouge, LA 70808 | Trade | | 15,266.46 |
| Recovercare, LLC<br>895 Central Avenue, Suite 600<br>Cincinnati, OH 45202 | Recovercare, LLC<br>895 Central Avenue, Suite 600<br>Cincinnati, OH 45202 | Trade | | 258,631.02 |
| Reliant Transportation Group Inc<br>728 North Blvd.<br>Baton Rouge, LA 70802 | Reliant Transportation Group Inc<br>728 North Blvd.<br>Baton Rouge, LA 70802 | Trade | | 31,215.84 |
| U.S. Foodservice<br>3682 Collection Center Drive<br>Chicago, IL 60693-0036 | U.S. Foodservice<br>3682 Collection Center Drive<br>Chicago, IL 60693-0036 | Trade | | 22,590.24 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 15, 2014                    Signature   /s/ Raymond P. Mulry
　　　　　　　　　　　　　　　　　　　　　　　　　　　Raymond P. Mulry
　　　　　　　　　　　　　　　　　　　　　　　　　　　Designated Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.