# New Louisiana Holdings, LLC et al (Case Number 14-50756)
## MONTHLY OPERATING REPORT – NOVEMBER 2014
### CHAPTER 11

| CASE NAME: | CASE NUMBER: |
|---|---|
| New Louisiana Holdings, LLC | 14-50756 |
| Acadian 4005 Tenant, LLC | 14-50850 |
| Atrium 6555 Tenant, LLC | 14-50851 |
| Citiscape 5010 Tenant, LLC | 14-50853 |
| Fountain View 215 Tenant, LLC | 15-50797 |
| Jackson Manor 1691 Tenant, LLC | 14-50796 |
| Lakewood Quarters Assisted 8585 Tenant, LLC | 14-50854 |
| Lakewood Quarters Rehab 8225 Tenant, LLC | 14-50855 |
| Panola Nursing & Rehabilitation Center | 14-50862 |
| Regency 14333 Tenant, LLC | 14-50861 |
| Retirement Center 14686 Tenant, LLC | 14-50856 |
| Sherwood 2828 Tenant, LLC | 14-50857 |
| St. Charles 1539 Tenant, LLC | 14-50858 |
| Woodland Village 5301 Tenant, LLC | 14-50859 |

THIS REPORT IS DUE THE 1ST BUSINESS DAY AFTER THE END OF THE FOLLOWING MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Balance Sheet |
| (x) | ( ) | Profit & Loss Statement |
| (x) | ( ) | Cash Receipts & Disbursements Statement |
| (x) | ( ) | Supporting Schedules (Insurance Certificate Previously Provided) |
| (x) | ( ) | Narrative |
| (x) | ( ) | Bank Statement(s) & Reconciliations of Bank Balance to Book Balance for all accounts. |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: December 31, 2014
(date)

Debtor(s)*: New Louisiana Holdings, LLC

By: James Blalock

Position: Authorized Representative

Name of preparer: Frank Bateman

Telephone No. of Preparer: 914-390-4308

New Louisiana Holding, LLC et al
Balance Sheet
As Of November 30, 2014

| | 14-50850 Acadian | 14-50854 Lakewood ALF | 15-50797 Fountain View | 15-50796 Jackson Manor | 14-50862 Panola | 14-50861 Regency | 14-50856 Retirement Ctr | 14-50857 Sherwood | 14-50855 Lakewood SNF | 14-50851 Atrium | 14-50858 St. Charles | 14-50859 Woodland | 14-50756 NLH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| Cash | 0 | 0 | 0 | 0 | 0 | 729,302 | 0 | 0 | 0 | 0 | 0 | 0 | 38,377 | 767,679 |
| Cash - Petty Cash | 0 | 0 | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 |
| Accounts Receivables, Net | 0 | 0 | 0 | 0 | 0 | 987,473 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 987,473 |
| Other Receivables | 60,938 | 0 | 0 | 0 | 10,142 | 41,726 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 112,806 |
| Prepaid Expense | 0 | 0 | 0 | 0 | 0 | 3,964 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,964 |
| **Total Current Assets** | 60,938 | 0 | 0 | 0 | 10,142 | 1,763,465 | 0 | 0 | 0 | 0 | 0 | 0 | 38,377 | 1,872,922 |
| **Other Assets** | | | | | | | | | | | | | | |
| Property, Plant, and Equipment, Net | 0 | 0 | 0 | 0 | 0 | 371,726 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 371,726 |
| Restricted Assets | 0 | 0 | 0 | 0 | 0 | 1,808 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,808 |
| **Total Other Assets** | 0 | 0 | 0 | 0 | 0 | 373,534 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 373,534 |
| **Total Assets** | 60,938 | 0 | 0 | 0 | 10,142 | 2,136,999 | 0 | 0 | 0 | 0 | 0 | 0 | 38,377 | 2,246,456 |
| **LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | |
| Accounts Payable | 287,176 | 32,434 | 65,103 | 24,251 | 51,644 | 1,693,362 | 232,783 | 463,193 | 636,960 | 21,136 | 204,041 | 423,274 | 282,412 | 4,419,769 |
| Accrued Expenses | 0 | 0 | 0 | 0 | 0 | 164,572 | 0 | 0 | 0 | 0 | 0 | 0 | 105,966 | 270,538 |
| Accrued Payroll, Taxes, and Benefits | 0 | 0 | 0 | 0 | 0 | 141,614 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 141,614 |
| Other Short-Term Liabilities | 17,247 | 14,693 | 14,948 | 4,258 | 5,530 | 180,867 | 18,721 | 26,766 | 37,463 | 1,504 | 22,896 | 11,492 | 66,925 | 423,310 |
| **Total Current Liabilities** | 304,423 | 47,127 | 80,051 | 28,509 | 57,174 | 2,180,415 | 251,504 | 489,959 | 676,423 | 22,640 | 226,937 | 434,766 | 455,303 | 5,255,231 |
| **Other Liabilities** | | | | | | | | | | | | | | |
| Due To/From Others | (5,048,666) | (1,278,655) | (477,808) | 163,389 | 3,371,599 | (319,577) | 6,686,672 | (3,600,641) | (9,554,458) | (5,564) | (998,393) | (191,573) | 17,570,659 | 6,316,994 |
| Long-term debt | 0 | 0 | 0 | 0 | 0 | 51,280 | 0 | 0 | 0 | 0 | 0 | 0 | 9,979,022 | 10,030,302 |
| **Total Other Liabilities** | (5,048,666) | (1,278,655) | (477,808) | 163,389 | 3,371,599 | (268,297) | 6,686,672 | (3,600,641) | (9,554,458) | (5,564) | (998,393) | (191,573) | 27,549,681 | 16,347,286 |
| **Total Liabilities** | (4,744,243) | (1,231,528) | (397,757) | 191,898 | 3,428,773 | 1,912,118 | 6,938,176 | (3,110,682) | (8,878,035) | 17,076 | (771,456) | 243,193 | 28,004,984 | 21,602,517 |
| **Members Equity** | | | | | | | | | | | | | | |
| Members Equity | 4,839,423 | 1,263,394 | 424,900 | (164,502) | (3,306,972) | 801,397 | (6,905,362) | 3,142,578 | 8,905,582 | 16,179 | 809,373 | (211,990) | (27,329,123) | (17,715,123) |
| Current Year Profit(Loss) | (34,242) | (31,866) | (27,143) | (27,396) | (111,659) | (576,516) | (32,814) | (31,896) | (27,547) | (33,255) | (37,917) | (31,203) | (637,484) | (1,640,938) |
| **Total Members' Equity** | 4,805,181 | 1,231,528 | 397,757 | (191,898) | (3,418,631) | 224,881 | (6,938,176) | 3,110,682 | 8,878,035 | (17,076) | 771,456 | (243,193) | (27,966,607) | (19,356,061) |
| **Total Liabilities & Members' Equity** | 60,938 | 0 | 0 | 0 | 10,142 | 2,136,999 | 0 | 0 | 0 | 0 | 0 | 0 | 38,377 | 2,246,456 |

New Louisiana Holdings, LLC et al
Summary Statement of Operations
For the Month Ending November 30, 2014

| | 14-50860 ACADIAN | 14-50854 Lakewood ALF | 15-50797 Fountain View | 15-50798 Jackson Manor | 14-50862 Panola | 14-50861 Regency | 14-50855 Retirement Ctr | 14-50857 Sherwood | 14-50853 Lakewood SNF | 14-50851 Atrium | 14-50858 St. Charles | 14-50859 Woodland | 14-50756 NLH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Resident Census** | | | | | | | | | | | | | | |
| Private | 0 | 0 | 0 | 0 | 0 | 253 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 253 |
| Medicare | 0 | 0 | 0 | 0 | 0 | 245 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 245 |
| Medicaid | 0 | 0 | 0 | 0 | 0 | 1,998 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,998 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Hospice | 0 | 0 | 0 | 0 | 0 | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 57 |
| Resident Days - Current | 0 | 0 | 0 | 0 | 0 | 2,659 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,659 |
| Total Census Days | 0 | 0 | 0 | 0 | 0 | 2,659 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,659 |
| **Revenue** | | | | | | | | | | | | | | |
| Private | 0 | 0 | 0 | 0 | 0 | 37,428 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37,428 |
| Medicare | 0 | 0 | 0 | 0 | 0 | 101,404 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 101,404 |
| Medicaid | 0 | 0 | 0 | 0 | 0 | 329,429 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 329,429 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 41,556 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,556 |
| Hospice | 0 | 0 | 0 | 0 | 0 | 9,517 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,517 |
| R&B Current | 0 | 0 | 0 | 0 | 0 | 519,334 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 519,334 |
| R&B Prior Year | 0 | 0 | 0 | 0 | 0 | 0 | (3,100) | 0 | 0 | 0 | (7,644) | 0 | 0 | (10,744) |
| Total R&B Income | 0 | 0 | 0 | 0 | 0 | 519,334 | (3,100) | 0 | 0 | 0 | (7,644) | 0 | 0 | 508,590 |
| **Ancillary Income** | | | | | | | | | | | | | | |
| Physical Therapy | 0 | 0 | 0 | 0 | 0 | 18,994 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,994 |
| General Therapy | 0 | 0 | 0 | 0 | 0 | (253) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (253) |
| Occupational Therapy | 0 | 0 | 0 | 0 | 0 | 15,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,868 |
| Speech Therapy | 0 | 0 | 0 | 0 | 0 | 9,464 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,464 |
| Miscellaneous Income | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| Ancillary Income | 0 | 0 | 0 | 0 | 0 | 44,133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,133 |
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 562,467 | (3,100) | 0 | 0 | 0 | (7,644) | 0 | 0 | 552,723 |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Nursing Administration | 0 | 0 | 0 | 0 | 0 | 45,179 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45,179 |
| Nursing Program Services | 0 | 0 | 0 | 0 | 0 | 152,952 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 152,952 |
| Admissions/Marketing | 0 | 0 | 0 | 0 | 0 | 11,781 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,781 |
| Speech Therapy | 0 | 0 | 0 | 0 | 0 | 7,625 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,625 |
| Physical Therapy | 0 | 0 | 0 | 0 | 0 | 23,844 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,844 |
| Occupational Therapy | 0 | 0 | 0 | 0 | 0 | 18,640 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,640 |
| Respiratory Therapy | 0 | 0 | 0 | 0 | 0 | 707 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 707 |
| Pharmacy | 0 | 0 | 0 | 0 | 0 | 15,944 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,944 |
| Radiology | 0 | 0 | 0 | 0 | 0 | 837 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 837 |
| Activities | 0 | 0 | 0 | 0 | 0 | 6,683 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,683 |
| Social Services | 0 | 0 | 0 | 0 | 0 | 5,745 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,745 |
| Dietary | 0 | 0 | 0 | 0 | 0 | 36,537 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36,537 |
| Housekeeping | 0 | 0 | 0 | 0 | 0 | 11,118 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,118 |
| Plant O & M | 0 | 0 | 0 | 0 | 0 | 24,253 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24,253 |
| Laundry | 0 | 0 | 0 | 0 | 0 | 9,223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,223 |
| Medical Supply | 0 | 0 | 0 | 0 | 0 | 10,398 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,398 |
| Medical Records | 0 | 0 | 0 | 0 | 0 | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4) |
| Administrative | 0 | 0 | 0 | 100 | 0 | 64,210 | 0 | 0 | 0 | 0 | 0 | 0 | 2,300 | 66,610 |
| Other Employee Benefits | 0 | 0 | 0 | 0 | 0 | 9,323 | 0 | 0 | 0 | 0 | 0 | 30 | 57 | 9,353 |
| Corporate Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 57 | 87 |
| Total Operating Expense | 0 | 0 | 0 | 100 | 0 | 454,785 | 0 | 0 | 0 | 0 | 0 | 30 | 2,357 | 457,262 |
| Net Operating Income | 0 | 0 | 0 | (100) | 0 | 108,702 | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | 95,471 |
| **Non-Operating Expenses** | | | | | | | | | | | | | | |
| Property Taxes | 0 | 0 | 0 | 0 | 0 | 3,590 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,590 |
| Property Insurance | 0 | 0 | 0 | 0 | 0 | 2,809 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,809 |
| Auto Insurance | 0 | 0 | 0 | 0 | 0 | 588 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 588 |
| GL/PL Insurance | 0 | 0 | 0 | 0 | 0 | 3,225 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,225 |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 35,093 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,093 |
| Total Non-Operating Expense | 0 | 0 | 0 | (100) | 0 | 45,215 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45,215 |
| EBITDARM | 0 | 0 | 0 | (100) | 0 | 63,487 | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | 50,256 |
| Rent | 0 | 0 | 0 | 0 | 0 | 45,936 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45,936 |
| EBITDAR | 0 | 0 | 0 | (100) | 0 | 17,551 | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | 4,320 |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 28,173 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,173 |
| EBITDA | 0 | 0 | 0 | (100) | 0 | (10,622) | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | (23,853) |
| Depreciation/Amortization | 0 | 0 | 0 | 0 | 0 | 5,436 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,436 |
| Total Depreciation/Amortization | 0 | 0 | 0 | 0 | 0 | 5,436 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,436 |
| EBIT | 0 | 0 | 0 | (100) | 0 | (16,058) | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | (29,289) |
| Net Current Period Income/(Loss) | 0 | 0 | 0 | (100) | 0 | (16,058) | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | (29,289) |
| Net Income/(Loss) | 0 | 0 | 0 | (100) | 0 | (16,058) | (3,100) | 0 | 0 | 0 | (7,644) | (30) | (2,357) | (29,289) |

New Louisiana Holdings, LLC et al
Cash Receipts & Disbursements Statement
Month Ended November 30, 2014

| Case Name | | Regency | | | New LA Holdings | |
|---|---|---|---|---|---|---|
| Case Number | | 14-50861 | | | 14-50756 | |
| **Cash Reconciliation** | | | | | | |
| 1. Beginning Cash Balance (ending Cash Balance from last month's report) | $ | 639,775 | | $ | 42,735 | |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ | 550,327 | | $ | - | |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ | (446,231) | | $ | (3,708) | |
| 4. Net Cash Flow | $ | - | | $ | - | |
| 5. Ending Cash Balance (to FORM 2-B) | $ | 743,871 | | $ | 39,027 | |
| | | | | | | |
| **Cash Summary Ending Balances** | Amount* | Financial Institution | | Amount | Financial Institution | |
| 1. Real Estate Account | | | | | | |
| 2. Trust Account | | | | | | |
| 3. Operating and/or Personal Account | $ 743,871 | Bank of America | | $ 895 | Capital One | |
| 4. Operating and/or Personal Account | | | | 38,132 | Bank of America | |
| 5. Payroll Account | | | | | | |
| 6. Tax Account | | | | | | |
| 7. Other Accounts (Specify checking or savings) | | | | | | |
| 8. Cash Collateral Account | | | | | | |
| 9. Petty Cash | | | | | | |
| TOTAL (must agree with line 5 above) | $ 743,871 | | | $ 39,027 | | |

* These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

| ADJUSTED CASH DISBURSEMENTS ** | | | | | | |
|---|---|---|---|---|---|---|
| Cash disbursements on Line 3 above less inter-account transfers & UST fees paid | $ | (446,231) | | $ | (3,708) | |

** NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, pg. 2 of 4.

Regency
Cash Receipts Journal
November 2014

| Date | 14-50861 |
| --- | --- |
| | 8003 OR 8007 Bank of America Deposit Amount |
| 11/01/2014 | 0.00 |
| 11/02/2014 | 0.00 |
| 11/03/2014 | 0.00 |
| 11/04/2014 | 426.95 |
| 11/05/2014 | 0.00 |
| 11/06/2014 | 102,743.10 |
| 11/07/2014 | 232.00 |
| 11/08/2014 | 0.00 |
| 11/09/2014 | 0.00 |
| 11/10/2014 | 27,015.36 |
| 11/11/2014 | 0.00 |
| 11/12/2014 | 280,633.50 |
| 11/13/2014 | 0.00 |
| 11/14/2014 | 0.00 |
| 11/15/2014 | 0.00 |
| 11/16/2014 | 0.00 |
| 11/17/2014 | 0.00 |
| 11/18/2014 | 0.00 |
| 11/19/2014 | 10,271.23 |
| 11/20/2014 | 1,200.00 |
| 11/21/2014 | 97,678.59 |
| 11/22/2014 | 0.00 |
| 11/23/2014 | 0.00 |
| 11/24/2014 | 0.00 |
| 11/25/2014 | 1,329.87 |
| 11/26/2014 | 5,388.53 |
| 11/27/2014 | 0.00 |
| 11/28/2014 | 23,407.92 |
| 11/29/2014 | 0.00 |
| 11/30/2014 | 0.00 |
| **TOTAL** | 550,327.05 |

Regency Place
Schedule of Cash Disbursements
11/1/2014-11/30/2014

| Date | Description | Check # | Amount |
|---|---|---|---|
| 11/10/2014 | COX COMMUNICATIONS | 1227 | 82.60 |
| 11/17/2014 | PARISH & CITY TREASURER | 1321 | 272.00 |
| 11/10/2014 | VISION SERVICE PLAN | 1326 | 187.73 |
| 11/19/2014 | LINCOLN LTD LIFE INSURANCE | 1330 | 282.21 |
| 11/6/2014 | HOME DEPOT | 1352 | 453.96 |
| 11/5/2014 | MEDLINE INDUSTRIES | 1355 | 3,056.59 |
| 11/6/2014 | BATON ROUGE GENERAL PHYSICIANS HOSPITAL SPECIALISTS | 1356 | 700.00 |
| 11/10/2014 | ALPHA ONE IMAGING LLC | 1357 | 687.69 |
| 11/10/2014 | BENGAL PEST CONTROL | 1358 | 205.65 |
| 11/12/2014 | EF RESEARCH, LLC | 1359 | 595.00 |
| 11/10/2014 | FIRST PARISH TRANSPORTATION | 1360 | 749.00 |
| 11/7/2014 | TOTAL COMPLIANCE NETWORK, INC | 1362 | 220.00 |
| 11/3/2014 | JOERNS HEALTHCARE, INC. | 1363 | 14,875.36 |
| 11/10/2014 | BATON ROUGE WATER COMPANY | 1364 | 54.19 |
| 11/6/2014 | BATON ROUGE GENERAL PHYSICIANS HOSPITAL SPECIALISTS | 1365 | 1,300.00 |
| 11/6/2014 | CANON SOLUTIONS AMERICA INC | 1366 | 467.49 |
| 11/6/2014 | KCI USA, INC. | 1367 | 1,286.66 |
| 11/10/2014 | ALPHA ONE IMAGING LLC | 1369 | 215.87 |
| 11/19/2014 | AUTO-CHLOR SERVICES, INC. | 1370 | 518.40 |
| 11/19/2014 | AUTO-CHLOR SERVICES, INC. | 1371 | 147.15 |
| 11/7/2014 | JAMES A RALIFF MD LLC | 1372 | 2,200.00 |
| 11/10/2014 | FIREQUEST FIRE ALARM SERVICE ASSOCIATION, LLC. | 1375 | 229.33 |
| 11/3/2014 | PROGRESSIVE BANK | 1376 | 45,935.61 |
| 11/6/2014 | IRON MOUNTAIN | 1378 | 29.71 |
| 11/5/2014 | U.S.FOODSERVICE | 1379 | 3,906.97 |
| 11/5/2014 | ACADIAN AMBULANCE SERVICE | 1380 | 730.84 |
| 11/5/2014 | BENGAL PEST CONTROL | 1381 | 425.00 |
| 11/5/2014 | HEALTHCARE SERVICES GROUP, INC. | 1382 | 18,529.93 |
| 11/11/2014 | LINCOLN FINANCIAL GROUP | 1384 | 225.30 |
| 11/11/2014 | REGENCY NURSING AND REHAB | 1385 | 232.00 |
| 11/12/2014 | U.S.FOODSERVICE | 1386 | 3,796.93 |
| 11/12/2014 | COMMUNITY COFFEE COMPANY, L.L.C. | 1388 | 295.17 |
| 11/14/2014 | SHOP N GEAUX | 1389 | 35.00 |
| 11/19/2014 | U.S.FOODSERVICE | 1390 | 4,005.88 |
| 11/20/2014 | BATON ROUGE GENERAL PHYSICIANS HOSPITAL SPECIALISTS | 1391 | 300.00 |
| 11/20/2014 | CANON SOLUTIONS AMERICA INC | 1393 | 479.81 |
| 11/20/2014 | STAPLES, INC. | 1394 | 313.56 |
| 11/20/2014 | KCI USA, INC. | 1395 | 1,366.04 |
| 11/20/2014 | METROPOLITAN TELECOMMUNICATION | 1396 | 1,340.00 |

| Date | Payee | Check # | Amount |
|---|---|---|---|
| 11/20/2014 | SPECIALIZED MEDICAL SERVICES INC | 1397 | 61.15 |
| 11/24/2014 | ACADIAN AMBULANCE SERVICE | 1398 | 537.52 |
| 11/20/2014 | DHH | 1401 | 970.00 |
| 11/20/2014 | HEALTHCARE SERVICES GROUP, INC. | 1402 | 18,529.93 |
| 11/25/2014 | U.S.FOODSERVICE | 1409 | 3,972.22 |
| 11/25/2014 | PROGRESSIVE BANK | 1410 | 45,935.61 |
| 11/24/2014 | IRON MOUNTAIN | 1403 | 120.00 |
| 11/21/2014 | PAYROLL CHECK | 81000031 | 1,669.03 |
| 11/3/2014 | BOA Fees | | 57.70 |
| 11/4/2014 | MEDLINE INDUSTRIES | | 1,564.74 |
| 11/5/2014 | AVISTA | | 2,294.72 |
| 11/6/2014 | OMNICARE PHARMACY | | 902.98 |
| 11/7/2014 | DELTA DENTAL | | 1,081.20 |
| 11/7/2014 | CHEQ PROCESSING, LLC | | 20.00 |
| 11/7/2014 | OUT OF POCKET EXPENSE | | 124.88 |
| 11/7/2014 | MEDLINE INDUSTRIES | | 1,741.40 |
| 11/10/2014 | 11/10 ACH Funding | | 84,105.59 |
| 11/10/2014 | 11/10 PRL Taxes | | 25,016.30 |
| 11/10/2014 | 11/10 Garnishment | | 1,530.88 |
| 11/12/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | | 1,403.60 |
| 11/13/2014 | AVISTA | | 6,646.56 |
| 11/13/2014 | AVISTA | | 3,528.88 |
| 11/14/2014 | OUT OF POCKET EXPENSE | | 101.36 |
| 11/14/2014 | OMNICARE PHARMACY | | 6,019.33 |
| 11/17/2014 | 11/17 CTS Fees | | 95.50 |
| 11/17/2014 | 10/14 Acct Analysis Fee | | 850.50 |
| 11/17/2014 | OUT OF POCKET EXPENSE | | 451.57 |
| 11/17/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | | 837.34 |
| 11/17/2014 | MEDLINE INDUSTRIES | | 4,597.95 |
| 11/17/2014 | FPRS | | 159.84 |
| 11/18/2014 | SAMMONS PRESTON | | 1,017.24 |
| 11/19/2014 | OUT OF POCKET EXPENSE | | 89.04 |
| 11/21/2014 | MEDLINE INDUSTRIES | | 1,552.29 |
| 11/21/2014 | OMNICARE PHARMACY | | 6,019.33 |
| 11/24/2014 | 11/24 PRL Taxes | | 24,453.90 |
| 11/24/2014 | 11/24 Garnishment | | 1,160.54 |
| 11/25/2014 | 11/25 ACH Funding | | 79,069.67 |
| 11/25/2014 | MEDLINE INDUSTRIES | | 1,187.17 |
| 11/25/2014 | OMNICARE PHARMACY | | 6,019.33 |
| | **Total Disbursments - 11/1-11/30** | | **446,231.42** |

**New Louisiana Holdings, LLC**
**Schedule of Cash Disbursements**
**11/1/2014-11/30/2014**

| Date | Description | Check # | Amount |
|---|---|---|---|
| 11/13/2014 | SECRETARY OF STATE | 24 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 25 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 26 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 28 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 29 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 30 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 31 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 32 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 33 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 34 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 35 | $30.00 |
| 11/13/2014 | SECRETARY OF STATE | 36 | $30.00 |
| 11/20/2014 | IRON MOUNTAIN | 37 | $3,161.23 |
| 11/17/2014 | Bank Fee - BOA | | $151.63 |
| 11/30/2014 | Bank Fee - Capital One | | $35.00 |
| | | | $3,707.86 |

Regency
AR Aging
November 2014

| Facility | Payer | Payer Account | Total 0.785714285 | Allowance | Net | Future Cash | Current 14-Nov | 30 14-Oct | 60 14-Sep | 90 14-Aug | 120 14-Jul | 150 14-Jun | 180 14-May | 210 14-Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regency Place | A/R - Private | 100.1100.1100 | $125,062.16 | $127,105.69 | ($2,043.53) | $0.00 | $7,950.06 | ($15,443.91) | $15,318.79 | $12,819.02 | $12,138.23 | $9,711.96 | $10,260.22 | $72,307.77 |
| | A/R - Medicaid Pending | 100.1100.1101 | $74,965.04 | $2,298.36 | $72,666.68 | $0.00 | $36,709.96 | $20,455.28 | $11,998.92 | $5,635.16 | $185.74 | $0.00 | $0.00 | $0.00 |
| | A/R - Co-Ins Private | 100.1100.1102 | $114,614.43 | $46,175.53 | $68,438.90 | $0.00 | $4,077.00 | $6,252.14 | $7,656.00 | $4,969.00 | $1,590.78 | $3,495.27 | $1,847.00 | $84,717.24 |
| | A/R - Medicare A | 100.1100.1105 | $121,170.82 | $21,050.99 | $100,119.83 | $0.00 | $75,090.29 | $5,834.55 | $0.00 | $0.00 | $0.00 | ($0.01) | $3,067.07 | $37,178.92 |
| | A/R - Medicare B | 100.1100.1180 | $21,211.40 | $2,457.34 | $18,754.06 | $0.00 | $12,864.09 | $1,581.19 | $0.00 | $2,704.36 | $194.93 | $169.38 | $466.24 | $3,231.21 |
| | A/R - Managed C | 100.1100.1190 | $256,249.29 | $48,715.19 | $207,534.10 | $0.00 | $71,985.71 | $68,427.03 | $11,517.06 | $13,175.72 | $8,213.55 | $18,021.41 | $1,528.95 | $63,379.86 |
| | A/R - Medicaid | 100.1100.1200 | $483,155.92 | $74,796.09 | $408,359.83 | $0.00 | $285,759.39 | $18,838.99 | $19,930.15 | $26,070.97 | $23,340.06 | $13,281.30 | $16,059.55 | $79,875.51 |
| | A/R - Hospice | 100.1100.1285 | $13,722.33 | $7,044.56 | $6,677.77 | $0.00 | $6,089.94 | $10,679.22 | ($86.70) | $720.57 | $17.64 | ($3,235.16) | $1,347.43 | ($1,810.61) |
| | A/R - Private Insurance | 100.1100.1290 | $167,926.27 | $58,921.29 | $109,004.98 | $0.00 | $7,312.40 | $10,539.23 | $9,678.01 | $26,518.36 | $2,268.08 | $31,473.05 | $4,793.78 | $75,343.38 |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $130.05 | $117.05 | $13.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $130.05 |
| | TOTAL | | $1,378,207.71 | $388,682.09 | $989,525.62 | $0.00 | $507,838.84 | $127,173.70 | $76,012.23 | $92,613.16 | $47,928.99 | $72,917.22 | $39,370.24 | $414,353.33 |

| | |
|---|---|
| Per BS | $987,472.60 |
| Patient Refunds | $21.27 |
| Difference being researched | $2,031.75 |
| Adjusted Total | $989,525.62 |
| | |
| Variance | $0.00 |

Regency
Post Petition AP Aging, by Vendor
As of 11/30/2014

| Row Labels | Name | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---:|---:|---:|---:|---:|
| ALLSYS | ALLIED SYSTEMS, INC. | 187.50 | - | - | - | 187.50 |
| ALPONE | ALPHA ONE IMAGING LLC | 637.34 | - | - | - | 637.34 |
| AVISTA | AVISTA | 127.88 | - | - | - | 127.88 |
| BENPES | BENGAL PEST CONTROL | 425.00 | - | - | - | 425.00 |
| BRISK | BRISK COFFEE | 145.45 | - | - | - | 145.45 |
| DIRSUP | DIRECT SUPPLY HEALTHCARE EQUIP | 31,063.35 | 630.61 | - | - | 31,693.96 |
| ECOVA | ECOVA | - | 552.00 | - | - | 552.00 |
| EFRESE | EF RESEARCH, LLC | 646.00 | - | - | - | 646.00 |
| FIDFPR | FIDELITY FPRS | 159.84 | - | - | - | 159.84 |
| HALREH | HALCYON REHABILITATION | 56,315.28 | 1,074.26 | - | - | 57,389.54 |
| IROMOU | IRON MOUNTAIN | 80.00 | - | - | - | 80.00 |
| JOEINC | JOERNS HEALTHCARE, INC. | - | 2,940.32 | - | 308.71 | 3,249.03 |
| MAGRES | MAGNOLIA RESPIRATORY & MEDICAL EQ | 125.00 | - | - | - | 125.00 |
| MEDLIN | MEDLINE INDUSTRIES | 22.23 | - | - | - | 22.23 |
| METTEL | METROPOLITAN TELECOMMUNICATION | 1,316.20 | - | - | 1,563.66 | 2,879.86 |
| OMNPHA | OMNICARE PHARMACY | 13,026.90 | - | - | - | 13,026.90 |
| PCVISA | PURCHASING CARD VISA | 1,547.41 | - | - | 666.57 | 2,213.98 |
| SAMPRE | SAMMONS PRESTON | 944.90 | - | - | - | 944.90 |
| STESMI | STEVEN J. SMITH | - | 275.00 | - | - | 275.00 |
| THENEU | THE NEUROMEDICAL CENTER | 33.07 | - | - | - | 33.07 |
| USFOOD | U.S. FOODSERVICE | 12,589.03 | 3,955.55 | - | (80.19) | 16,464.39 |
| Grand Total | | 119,392.38 | 9,427.74 | - | 2,458.75 | 131,278.87 |

New Louisiana Holdings, et al                                    14-50756

# Narrative Statement

## For Period November 1 to November 30, 2014

*Please provide a brief description of the significant business and legal action by the debtor, it's creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's effort during the month to rehabilitate the business and develop a plan.*

There have been no changes this month to the bank account structure. The cash balances per the balance sheet are accrual based; the reconciliation to the bank balance is attached.

We have continued to evaluate staffing levels with an emphasis on reducing the premium of utilizing overtime. In September our efforts were successful and we realized a 30% reduction in our overtime costs. In October we realized a further 50% reduction in overtime costs. There was a slight increase in overtime in November, mostly related to the holidays, but overall wage expense was down for the month.

Currently, Regency Place is deficiency free. The last survey conducted was a complaint survey on November 13, 2014 which resulted in no deficiencies.

Initially after the bankruptcy filing we had a difficult time maintaining vendor relationships at Regency. We did have many vendors who chose not to move forward with us and we had to source alternative partners. That difficult period has passed for the most part and the current vendor population is working well with us.

New Louisiana Holdings LLC
Post Petition AP Aging, by Vendor
As of 11/30/2014

| Row Labels | Name | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| SECSTA | SECRETARY OF STATE | - | 60.00 | - | - | 60.00 |
| Grand Total | | - | 60.00 | - | - | 60.00 |

# Louisiana Entities
# Summary of Accounts Payable Balances
# As at November 30, 2014

| Case Number | Debtor | Post Petition AP | Pre-Petition AP | Total AP |
|---|---|---:|---:|---:|
| 14-50756 | New Louisiana Holdings, LLC | 60 | 282,352 | 282,412 |
| 14-50797 | Fountain View | - | 65,103 | 65,103 |
| 14-50796 | Jackson Manor | - | 24,251 | 24,251 |
| 14-50861 | Regency | 131,279 | 1,562,083 | 1,693,362 |
| 14-50851 | Atrium | - | 21,136 | 21,136 |
| 14-50850 | Acadian | - | 287,176 | 287,176 |
| 14-50856 | Retirement Center | - | 232,783 | 232,783 |
| 14-50858 | St Charles | - | 204,041 | 204,041 |
| 14-50855 | Lakewood Quarters Rehab | - | 638,960 | 638,960 |
| 14-50854 | Lakewood Quarters Assisted | - | 32,434 | 32,434 |
| 14-50862 | Panola | - | 51,644 | 51,644 |
| 14-50859 | Woodland Village | - | 423,274 | 423,274 |
| 14-50857 | Sherwood | - | 463,193 | 463,193 |
| 14-50853 | Citiscape | - | - | - |
| | **Total Louisiana Group** | **131,339** | **4,288,430** | **4,419,769** |

New Louisiana Holdings, LLC et al
Quarterly Fee Summary
Month Ended November 30, 2014

| Case Name<br>Case Number | Acadian<br>14-50850 | | | | Atrium<br>14-50851 | | | | Citiscape<br>14-50853 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| Total 1st Quarter | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| April | | | | | | | | | | | | |
| May | | | | | | | | | | | | |
| June | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| Total 2nd Quarter | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| July | $0 | | | | $0 | | | | $0 | | | |
| August | $0 | | | | $0 | | | | $0 | | | |
| September | $0 | | | | $0 | | | | $0 | | | |
| Total 3rd Quarter | $0 | $325 | 8 | 10/29/2014 | $0 | $325 | 9 | 10/29/2014 | $0 | $325 | 12 | 10/29/2014 |
| October | $0 | | | | $0 | | | | $0 | | | |
| November | $0 | | | | $0 | | | | $0 | | | |
| December | | | | | | | | | | | | |
| Total 4th Quarter | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |

New Louisiana Holdings, LLC et al
Quarterly Fee Summary
Month Ended November 30, 2014

| Case Name<br>Case Number | Fountain View<br>14-50797 | | | Jackson Manor<br>14-50796 | | | Lakewood Quarters<br>14-50854 | | |
|---|---|---|---|---|---|---|---|---|---|
| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No Date | Cash Disbursements | Quarterly Fee Due | Check No Date | Cash Disbursements | Quarterly Fee Due | Check No Date |
| January | | | | | | | | | |
| February | | | | | | | | | |
| March | | | | | | | | | |
| Total 1st Quarter | $0 | $0 | | $0 | $0 | | $0 | $0 | |
| April | | | | | | | | | |
| May | | | | | | | | | |
| June | | | | | | | | | |
| Total 2nd Quarter | $0 | $0 | | $0 | $0 | | $0 | $0 | |
| July | $0 | | | $0 | | | $0 | | |
| August | $0 | | | $0 | | | $0 | | |
| September | $0 | | | $0 | | | $0 | | |
| Total 3rd Quarter | $0 | $325 | 13  10/29/2014 | $0 | $325 | 16  10/29/2014 | $0 | $325 | 14  10/29/2014 |
| October | $0 | | | $0 | | | $0 | | |
| November | $0 | | | $0 | | | $0 | | |
| December | | | | | | | | | |
| Total 4th Quarter | $0 | $0 | | $0 | $0 | | $0 | $0 | |

New Louisiana Holdings, LLC et al
Quarterly Fee Summary
Month Ended November 30, 2014

| Case Name | Lakewood Rehab | | | | Panola | | | | Regency | | | |
| Case Number | 14-50855 | | | | 14-50862 | | | | 14-50861 | | | |
| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | | | | | | | | | | | | |
| Total 1st Quarter | $0 | $0 | | | $0 | $0 | | | | $0 | | |
| April | | | | | | | | | | | | |
| May | | | | | | | | | | | | |
| June | | | | | | | | | | | | |
| Total 2nd Quarter | $0 | $0 | | | $0 | $0 | | | | $0 | | |
| July | $0 | | | | $0 | | | | $149,292.68 | | | |
| August | $0 | | | | $0 | | | | $325,908.48 | | | |
| September | $0 | | | | $0 | | | | $514,218.10 | | | |
| Total 3rd Quarter | $0 | $325 | 10 | 10/29/2014 | $0 | $325 | 17 | 10/29/2014 | $989,419.26 | $4,875 | 1350 | 10/29/2014 |
| October | $0 | | | | $0 | | | | $624,189.37 | | | |
| November | $0 | | | | $0 | | | | $446,231.42 | | | |
| December | | | | | | | | | | | | |
| Total 4th Quarter | $0 | $0 | | | $0 | $0 | | | $1,070,421 | $0 | | |

New Louisiana Holdings, LLC et al
Quarterly Fee Summary
Month Ended November 30, 2014

| Case Name<br>Case Number | Retirement Center<br>14-50856 | | | Sherwood<br>14-50857 | | | St. Charles<br>14-50858 | | | Woodland Village<br>14-50859 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No / Date | Cash Disbursements | Quarterly Fee Due | Check No / Date | Cash Disbursements | Quarterly Fee Due | Check No / Date | Cash Disbursements | Quarterly Fee Due | Check No / Date |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | | | | | | | | | | | | |
| Total 1st Quarter | $0 | $0 | | $0 | $0 | | $0 | $0 | | $0 | $0 | |
| April | | | | | | | | | | | | |
| May | | | | | | | | | | | | |
| June | | | | | | | | | | | | |
| Total 2nd Quarter | $0 | $0 | | $0 | $0 | | $0 | $0 | | $0 | $0 | |
| July | $0 | | | $0 | | | $0 | | | $0 | | |
| August | $0 | | | $0 | | | $0 | | | $0 | | |
| September | $0 | | | $0 | | | $0 | | | $0 | | |
| Total 3rd Quarter | $0 | $325 | 18  10/29/2014 | $0 | $325 | 20  10/29/2014 | $0 | $325 | 11  10/29/2014 | $0 | $325 | 15  10/29/2014 |
| October | $0 | | | $0 | | | $0 | | | $0 | | |
| November | $0 | | | $0 | | | $0 | | | $0 | | |
| December | | | | | | | | | | | | |
| Total 4th Quarter | $0 | $0 | | $0 | $0 | | $0 | $0 | | $0 | $0 | |

New Louisiana Holdings, LLC et al
Quarterly Fee Summary
Month Ended November 30, 2014

| Case Name | New LA Holdings | | | |
|---|---|---|---|---|
| Case Number | 14-50756 | | | |
| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No | Date |
| January | | | | |
| February | | | | |
| March | | | | |
| Total 1st Quarter | $0 | $0 | | |
| April | $31,222.01 | | | |
| May | | | | |
| June | | | | |
| Total 2nd Quarter | $ 31,222.01 | $650 | 4528 | 8/25/14 |
| July | $56,321.92 | | | |
| August | $104.22 | | | |
| September | $2,075 | | | |
| Total 3rd Quarter | $ 58,501.57 | $650 | 19 | 10/29/2014 |
| October | $333.33 | | | |
| November | $3,707.86 | | | |
| December | | | | |
| Total 4th Quarter | $4,041 | $0 | | |